IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALFRED K. CLOKE, III, :
:
    Plaintiff(s), :
: Case Number: 1:09cv572
  vs. :
: Chief Judge Susan J. Dlott
MICHAEL MOORE, et. al., :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on January 29, 2010 a Report and Recommendation (Doc. 14). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 18) and defendants filed a response in opposition to the objections (Doc. 19).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, defendants' motion to dismiss is **GRANTED** and this action is terminated from the Court's docket.

    IT IS SO ORDERED.

                                                                                    s/Susan J. Dlott
                                                    Chief Judge Susan J. Dlott
                                                    United States District Court