**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

1:09-cv-572
STD
Docs 20, 21

Sent To: Alfred K. Cloke III
Street, Apt. No.; or PO Box No.: 621 Neptune Way
City, State, ZIP+4: Cincinnati, OH 45244

7002 3150 0000 8389 4871

PS Form 3800, June 2002       See Reverse for Instructions